1 NICOLA T. HANNA
United States Attorney
2 DAVID M. HARRIS
Assistant United States Attorney
3 Chief, Civil Division
CEDINA M. KIM
4 Assistant United States Attorney
5 Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
6 Special Assistant United States Attorney
7      Social Security Administration
       Office of the General Counsel
8      160 Spear St Ste 800
       San Francisco, CA 94105
9      Telephone: (415) 977-8982
       Facsimile: (415) 744-0134
10     Email: timothy.bolin@ssa.gov
11 Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHERI HOGAN,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>  Defendant. | No. 5:19-cv-00955-SS<br><br>JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF<br>42 U.S.C. § 405(g) |

-1-

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 10/17/19

/S/
HON. SUZANNE H. SEGAL
United States Magistrate Judge